IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard P. Arthur,  Case No. 3:16CV765

      Plaintiff

      v.  **ORDER**

Carolyn W. Colvin,
 Acting Commissioner of Social Security,

      Defendant

This is a Social Security case in which the plaintiff, Richard Arthur, appeals from the Commissioner's denial of his application for benefits.

An administrative law judge found that Arthur, though suffering from many severe impairments, was nevertheless capable of performing a significant number of jobs that exist in the national economy. (Doc. 9 at 31–32).

Pending is Magistrate Judge Greenberg's Report and Recommendation (R&R), which concluded that substantial evidence supports the ALJ's decision. (Doc. 13). In particular, the Magistrate Judge found that the ALJ properly applied the treating-physician rule, evaluated the record as a whole, and adequately justified Arthur's residual functional capacity. (*Id.* at 18–26).

Arthur did not object to the R&R and has thus waived his right to a "de novo determination by the district court of an issue covered in the report." *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio) (Lioi, J.); *see also Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (same).

It is, therefore,

ORDERED THAT:

1. The Magistrate Judge's R&R (Doc. 13) be, and the same hereby is, adopted as the order of this Court; and

2. Plaintiff's complaint (Doc. 1) be, and the same hereby is dismissed with prejudice.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge